IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Dewayne | Case Number: 08 B 01502 |
|---|---|---|
| | Simmons-Jones, Daphne | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: April 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,312.30 | |
| Secured: | | 600.00 |
| Unsecured: | | 45.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,519.60 |
| Trustee Fee: | | 147.70 |
| Other Funds: | | 0.00 |
| Totals: | 2,312.30 | 2,312.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,849.50 | 1,519.60 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 5,427.41 | 600.00 |
| 5. | America's Servicing Co | Secured | 22,259.15 | 0.00 |
| 6. | HSBC Mortgage Services | Secured | 4,073.86 | 0.00 |
| 7. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | GE Money Bank | Unsecured | 10.87 | 0.00 |
| 10. | Capital One | Unsecured | 144.43 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 778.62 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 141.55 | 45.00 |
| 13. | B-Real LLC | Unsecured | 93.55 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 264.97 | 0.00 |
| 15. | Providian | Unsecured | 226.25 | 0.00 |
| 16. | F&W LLC | Unsecured | | No Claim Filed |
| 17. | F&W LLC | Unsecured | | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 19. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Robert Morris College | Unsecured | | No Claim Filed |
| | | | $ 37,270.16 | $ 2,164.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Dewayne | Case Number: 08 B 01502 |
|---|---|---|
| | Simmons-Jones, Daphne | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 1/24/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 13.13 |
| 6.5% | 129.42 |
| 6.6% | 5.15 |
| | $ 147.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

